UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO JOSE PACHECO SENA,<br><br>                   Petitioner,<br><br>v.<br><br>WARDEN OF OTAY MESA DETENTION CENTER; ALEJANDRO MAYORKAS; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>                   Respondents. | Case No.: 3:26-cv-1943-JES-MMP<br><br>**ORDER CONDITIONALLY APPOINTING COUNSEL AND SETTING BRIEFING SCHEDULE** |

Before the Court is *pro se* Petitioner Rodolfo Jose Pacheco Sena's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"). ECF No. 1. Pursuant to the Court's Order to Show Cause, Respondents filed a Return to the Petition. ECF No. 6.

Considering the complexity of the constitutional, statutory, and procedural issues presented in this matter, the Court finds that representation will serve the interests of justice. 18 U.S.C. § 3006A(a)(2)(B); *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

1

Accordingly, the Court hereby **CONDITIONALLY APPOINTS** Federal Defenders of San Diego, Inc., as counsel to Petitioner, effective immediately. The Court **ORDERS** Petitioner to submit a form CJA 23 financial affidavit by **Friday, May 15, 2026,** to demonstrate his financial eligibility. *See* 18 U.S.C. § 3006A(b); *Terrovona v. Kincheloe*, 912 F.2d 1176, 1181–82 (9th Cir. 1990). If Federal Defenders of San Diego, Inc., determines that Petitioner is not financially eligible for appointed counsel, or that it does not have the capability to represent him, Federal Defenders of San Diegos, Inc., shall notify Petitioner and file notice with this Court by **Friday, May 15, 2026**. If so, Petitioner shall continue unrepresented. If Federal Defenders choose to accept representation, Petitioner may file an amended Petition no later than **Monday, May 18, 2026**.

  **IT IS SO ORDERED.**

Dated: May 7, 2026

Honorable James E. Simmons Jr.
United States District Judge